16940-002-A331

PETER A. DAVIDSON, SBN 76194
REIN EVANS & SESTANOVICH LLP
1925 CENTURY PARK EAST, 16TH FLOOR
LOS ANGELES, CALIFORNIA 90067
Tel: 310\ 551-3100
Fax: 310\ 551-0238

Attorneys for James H. Donell,
Receiver

FILED
CLERK, U.S DISTRICT COURT
JUL - 7 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES H. DONELL, RECEIVER FOR J.T. WALLENBROCK & ASSOCIATES and CITADEL CAPITAL MANAGEMENT GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT KOWELL, <br><br> Defendant. | CASE NO.: CV 04-9702-ER (SHx) <br><br> STIPULATION SETTING ASIDE DEFAULT AND ORDER THEREON |

This Stipulation is entered into by and between James H. Donell, Receiver for J.T. Wallenbrock & Associates and Citadel Capital Management Group, Inc. ("Plaintiff") by his attorneys of record and Defendant Robert Kowell ("Defendant") by his attorneys of record.

WHEREAS, Defendant has been served with the Summons and Complaint in this case, and;

WHEREAS, Defendant's default was entered by the Clerk on June 14, 2005; and

//

DOCKETED ON CM
JUL - 8 2005
BY _____ 002

(13)

1

STIPULATION SETTING ASIDE DEFAULT

11317874.tif - 6/28/2005 9:54:01 AM

1  WHEREAS, Defendant has engaged counsel and desires to defend the
2  Complaint in this case; and
3  WHEREAS, the Plaintiff has no objection to the Defendant being given the
4  opportunity to respond to the Complaint on the merits;
5  NOW THERFORE, the parties hereto stipulate and agree as follows:
6  1.    The Defendant's default entered on June 14, 2005 shall be set aside.

DATED: June 16, 2005              REIN EVANS & SESTANOVICH LLP

                                  By: _____
                                      PETER A. DAVIDSON, Attorneys for
                                      James H. Donell, Receiver, Plaintiff


DATED: June 22, 2005              LIVELY & ACKERMAN

                                  By: _____
                                      RICHARD D. ACKERMAN,
                                      Attorneys for Robert Kowell


ORDER

IT IS SO ORDERED.

JUL - 7 2005                      _____
                                  EDWARD RAFEEDIE,
                                  United States District Judge

//

2
STIPULATION SETTING ASIDE DEFAULT

**PROOF OF SERVICE**
(Pursuant to CCP §§ 1013a(1) and 2015.5)

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF RIVERSIDE    )

I am employed in the County of Riverside, State of California. I am over the age of eighteen years and not a party to the within entitled action. My business address is 41690 Enterprise Circle North, Suite 210, Temecula, CA 92590.

On **June 23, 2005**, I served the foregoing documents(s) described as **STIPULATION SETTING ASIDE DEFAULT AND ORDER THEREON**, on the below interested parties in this action by placing copies thereof enclosed in a sealed envelope and addressed as follows:

Peter A. Davidson, Jr.
Rein Evans & Sestanovich, LLP
1925 Century Park East, Ste. 1600
Los Angeles, CA 90067
Fax: (310) 551-0238

I declare that I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

**X**    (By Mail) I caused to be deposited such envelope in the mail at Temecula, California. The envelope was mailed with postage thereon fully prepaid on June 23, 2005.

___    (By Facsimile) I sent this document via facsimile as listed on the attached service list, on June 23, 2005.

___    (By Overnight Courier) Such envelope was delivered by an agent of Federal Express to the offices stated on the attached service list. It was requested by the person executing this Proof of Service that the envelope be delivered the next business day.

___    (By Personal Service) Such envelope was delivered by an agent of One Legal, Inc., by hand as stated on the attached service list. Executed on _____, at Temecula, California.

___    (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**X**    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service is made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

LAURA J. WILSON
Declarant