UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Priority ___
Send ___
Enter ✓
Closed ✓
JS-5/JS-6 ___
JS-2/JS-3 ✓
Scan Only ✓

CIVIL MINUTES - GENERAL

Case No.  CV 04-9702 ER (SHx)                                DATE: March 22, 2006

Title:    *James H. Donell, etc., et al. v. Robert Kowell*

==================================================================
PRESENT:      HONORABLE EDWARD RAFEEDIE, SENIOR JUDGE

              Pamela Silence                       Freda Mendelsohn
              Courtroom Deputy                     Court Reporter

ATTORNEYS PRESENT FOR                ATTORNEYS PRESENT FOR
PLAINTIFFS:                          DEFENDANTS:

         Peter A. Davidson                      Richard D. Ackerman

**PROCEEDINGS:**   **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION OF ISSUES (filed 2/22/06)**


Case called.  Counsel make their appearances.  Court and counsel confer.

The Court takes the matter under submission.

                                                              : 10
Initials of Preparer                         PS

