# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## RETURN OF RECORDS TRANSMITTAL FROM 9TH CIRCUIT

Routed to Santa Ana, Southern Division: ☐         Date Received _____

Routed to Riverside, Eastern Division: ☐          Time Received _____

Routed to Laguna Niguel, ☐
National Archives & Records Administration:

---

Case File Number: _____

Title Case Name: _____

Volume Number: _____  through  _____

Transcripts (number received): _____

Other Court Documents: _____

---

Case File Underseal:  ☐ Yes  ☐ No    Case File Restricted:  ☐ Yes  ☐ No

Exhibits Received (number of boxes): _____

Sealed documents routed to Exhibits:  ☐ Yes  ☐ No

Case File routed to Re-file area:  ☐ Yes  ☐ No     Transcripts routed to Re-file area: ☐ Yes ☐ No

Case File routed to NARA:  ☐ Yes  ☐ No             Transcripts routed to NARA:  ☐ Yes ☐ No

Case File routed to B-47 area:  ☐ Yes  ☐ No        Transcripts routed to B-47 area:  ☐ Yes ☐ No

Received by Records Clerk: _____